In the Matter of the Claim of GUISEPPE MAGNIFICO, Appellant, against A. A. JOHNSON CORP., Respondent. STATE INDUSTRIAL BOARD, Respondent. — Decision of motion for permission to submit on typewritten record reserved pending receipt from appellant of a typewritten record, with a brief referring to such record, showing a meritorious case. An application to shorten a record should be made to the

State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.